(122 So. 462)

**TATE et al. v. STATE.  (1 Div. 550.)**

Supreme Court of Alabama.  May 16, 1929.

J. G. Bowen, of Mobile, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J.  Petition of Burrell Tate and James B. Tate for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Tate et al. v. State, 122 So. 461.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.